Entered on Docket March 31, 2017

**Below is the Order of the Court.**



_____

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:                                    )    Case No.    16-13840 TWD Ch. 13
                                    )
     Danielle Amber Robinson    )    ORDER APPROVING ATTORNEY
     Michael Lorenzo Robinson    )    COMPENSATION
                                    )
Debtor(s)                       )
                                    )
_____ )

       THIS MATTER came on before the Court on counsel's Application for Compensation in a Chapter 13 case filed by Mark A. Ditton ("Applicant"). Based on the Application

       IT IS HEREBY ORDERED:

1. Applicant is awarded $4,020.00 as an administrative expense under 11 U.S.C. § 503(b);

2. The compensation shall be paid according to the confirmed plan, or if a plan is never confirmed, prior to dismissal or conversion (subject to the applicable Trustee's fee);

ORDER

//

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s) attorney at the time of dismissal or conversion.

///END OF ORDER///

Presented by:
/s/Mark A. Ditton_____
Mark A. Ditton WSBA #45432
NW Debt Relief Law Firm
14900 Interurban Ave. S. #265
Seattle, WA 98168
206-674-4602